IVETTE ZAMORA (State Bar No. 286243)
iz@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
REBECCA S. SAELAO (State Bar No. 222731)
rss@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ANNETTE GRIND,<br><br>          Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, and DOES 1 – 10 inclusive,<br><br>          Defendants. | Case No. 2:17-cv-01267 VAP<br><br>**STIPULATION TO ARBITRATION**<br><br>*Filed concurrently with [Proposed] Order Staying Action Pending Completion of Arbitration*<br><br>Action Filed:   January 10, 2017<br>Removal Date: February 16, 2017<br>Trial Date:       None Set |

Pursuant to the express terms of the Consumer Agreement, out of which the subject of the Complaint filed in this matter arises, Plaintiff ANNETTE GRIND ("Plaintiff"), and Defendant WELLS FARGO BANK, N.A., ("Wells Fargo" or "Defendant") (collectively Wells Fargo and Plaintiff may be referred to as the "parties"), hereby stipulate that this matter shall be referred to binding arbitration, and that this matter will be stayed pending the completion of the arbitration.

The parties, through their respective counsel of record, stipulate and agree to the terms as follows:

1. The parties shall submit to binding non-judicial arbitration;
2. The arbitration shall be conducted through AAA; and
3. This action shall be STAYED in its entirety until the arbitration has been completed.

IT IS SO STIPULATED.

All other signatories listed on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: March 22, 2017          SEVERSON & WERSON
                               A Professional Corporation


                               By:  */s/ Ivette Zamora*
                                         Ivette Zamora

                               Attorneys for Defendant
                               \WELLS FARGO BANK, NATIONAL ASSOCIATION


DATED: March 22, 2017          LAW OFFICES OF TODD M. FRIEDMAN, P.C.



                               By:  */s/ Adrian R. Bacon*
                                         Adrian R. Bacon

                               Attorneys for Plaintiff
                               ANNETTE GRIND

# SIGNATURE CERTIFICATION

I, Ivette Zamora, am the ECF user whose identification and password are being used to file this stipulation. Pursuant to Local Rule 5-4.3.4(a)(2)(i) and (Fed. R. Civ. P. 7-1), I hereby certify that the content of this document is acceptable to Adrian Bacon, counsel for Annette Grind, and that I have obtained Mr. Bacon's authorization to affix his electronic signature to this document and he concurs in this filing.

DATED:  March 22, 2017          SEVERSON & WERSON
                                A Professional Corporation


                                By:  */s/ Ivette Zamora*
                                         Ivette Zamora

                                Attorneys for Defendant
                                WELLS FARGO BANK, NATIONAL ASSOCIATION

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On March 23, 2017, I served true copies of the following document(s):

**STIPULATION TO ARBITRATION**

on the interested parties in this action as follows:

| | |
|---|---|
| Todd M. Friedman, Esq.<br>Adrian R. Bacon, Esq.<br>Law Offices of Todd M. Friedman, P.C.<br>21550 Oxnard St., Suite 780<br>Woodland Hills, CA  91367 | Attorneys for Plaintiff<br>Annette Grind<br><br>Telephone:  (877) 206-4741<br>Facsimile:   (866) 633-0228<br>tfriedman@toddflaw.com<br>abacon@toddflaw.com |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 23, 2017, at Irvine, California.

_____
Dana Rae Armbruster