JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAR 28, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ANNETTE GRIND, | Case No. 2:17-cv-01267 VAP |
| Plaintiff, | |
| vs. | **[~~PROPOSED~~] ORDER STAYING ACTION PENDING COMPLETION OF ARBITRATION** |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, and DOES 1 – 10 inclusive, | *Filed concurrently with Stipulation to Arbitration* |
| Defendants. | Action Filed:   January 10, 2017<br>Removal Date: February 16, 2017<br>Trial Date:     None Set |

Pursuant to the Stipulation to Arbitration agreed to and submitted by the parties, this action is hereby stayed in its entirety pending completion of the arbitration.

**IT IS SO ORDERED.**

DATED:  March 28, 2017

_____
Hon. Virginia A. Phillips